# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2793
Lower Tribunal No. 2022-DR-000922

_____

JARED A. LA MARCA,

Appellant,

v.

DANIELLE N. LA MARCA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Deen, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and KAMOUTSAS, JJ., concur.


Lori Wurtzel, of Wurtzel Law, PLLC, Winter Park, for Appellant.

Danielle N. La Marca, Lakeland, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED